BETTY HERRERA (242189)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LISA D. BAYLIS, | ) Case No.: C08-03646 SC |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR JUDICIAL REVIEW |
| | ) OF DECISION OF COMMISSIONER |
| MICHAEL J. ASTRUE, | ) OF SOCIAL SECURITY  (Administrative |
| Commissioner, | ) Procedure Act Case) |
| Social Security Administration, | ) |
| Defendant. | ) |

The above-named plaintiff makes the following representations to this court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

1.      The plaintiff is a resident of Oakland, California.

2.      The plaintiff complains of a decision, which adversely affects the plaintiff in whole or in part.  The decision has become the final decision of the Secretary for purpose of judicial review and bears the following caption:

COMPLAINT

In the case of                              Claim for

                                            SOCIAL SECURITY
LISA D. BAYLIS_____            TITLE II – DIWC_____
Claimant

LISA D. BAYLIS_____                    XXX-XX-4194_____
Wage Earner                                 Social Security Number

    3.    The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction for judicial review pursuant to 42 U.S.C. 405(g).

    WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such belief as may be proper, including costs.

DATE:  July 29, 2008                        _/s/_____
                                            BETTY HERRERA
                                            Attorney for Plaintiff
                                            LISA D. BAYLIS

COMPLAINT

**JS 44 - No. CALIF    (Rev. 4/97)**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON PAGE TWO)

**I.(a) PLAINTIFFS**

**DEFENDANTS**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION** *(PLACE AN "T" IN ONE BOX ONLY)*

1 U.S. Government
Plaintiff

2 U.S. Government
Defendant

3 Federal Question
(U.S. Government Not a Party)

4 Diversity
(Indicate Citizenship of
Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(PLACE AN "T" IN ONE BOX FOR PLAINTIFF*
(For diversity cases only*)*
AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

---

**IV. ORIGIN**                              *(PLACE AN "T" IN ONE BOX ONLY)*

1 Original
Proceeding

2 Removed from
State Court

3 Remanded from
Appellate Court

4 Reinstated or
Reopened

5 Transfered from
Another district
(specify)

6 Multidistrict
Litigation

7 Appeal to
District Judge from
Magistrate Judgment

---

**V. NATURE OF SUIT** *(PLACE AN "T " IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury | 620 Other Food & Drug | 423 Withdrawal | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med Malpractice | 625 Drug Related Seizure of | 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | Liability | 365 Personal Injury | Property 21 USC 881 | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment | 320 Assault Libel & | Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 460 Deportation |
| & Enforcement of Judgment | Slander | 368 Asbestos Personal | 640 RR & Truck | 820 Copyrights | 470 Racketeer Influenced and |
| 151 Medicare Act | 330 Federal Employers | Injury Product Liability | 650 Airline Regs | 830 Patent | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability | | 660 Occupational | 840 Trademark | 810 Selective Service |
| Student Loans (Excl Veterans) | 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | 850 Securities/Commodities/ |
| 153 Recovery of Overpayment | 345 Marine Product | 370 Other Fraud | 690 Other | **SOCIAL SECURITY** | Exchange |
| of Veteran's Benefits | Liability | 371 Truth In Lending | **LABOR** | 861 HIA (1395ff) | 875 Customer Challenge |
| 160 Stockholders Suits | 350 Motor Vehicle | 380 Other Personal | | 862 Black Lung (923) | 12 USC 3410 |
| 190 Other Contract | 355 Motor Vehicle | Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | Product Liabiltiy | 385 Property Damage | 720 Labor/Mgmt Relations | 864 SSID Title XVI | 892 Economic Stabilization |
| | 360 Other Personal Injury | Product Liability | 730 Labor/Mgmt Reporting & | 865 RSI (405(g)) | Act |
| | | | Disclosure Act | | 893 Environmental Matters |
| | | | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 870 Taxes (US Plaintiff or | 895 Freedom of Information |
| 210 Land Condemnation | 441 Voting | 510 Motion to Vacate Sentence | 791 Empl.Ret. Inc. Security | Defendant | Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | Act | 871 IRS - Third Party | 900 Appeal of Fee |
| 230 Rent Lease & Ejectment | 443 Housing | 530 General | | 26 USC 7609 | Determination Under |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | Equal Access to Justice |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 290 All Other Real Property | | 550 Civil Rights | | | Statutes |
| | | 555 Prison Condition | | | 890 Other Statutory Actions |

---

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

---

**VII. REQUESTED IN
COMPLAINT:**

CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:    YES        NO**

**VIII. RELATED CASE(S) IF ANY     PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT** (CIVIL L.R. 3-2)  (PLACE A "T" IN ONE BOX ONLY)        SAN FRANCISCO/OAKLAND        SAN JOSE

DATE                            SIGNATURE OF ATTORNEY OF RECORD

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.    **(a) Plaintiffs - Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant  is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first  listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time  of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a). F.R.C.P., which requires that jurisdictions be shown in  pleadings. Place an "**T**" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "**T**" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United  States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4  is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over  diversity cases.)

III.    **Residence** (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    **Origin.** Place an "**T**" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C.,  Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28  U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V.    **Nature of Suit**. Place an "**T**" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in  Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If  the cause fits more than one nature of suit, select the most definitive.

VI.    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    **Requested in Complaint**. Class Action. Place an "**T**" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    **Related Cases**. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Date and Attorney Signature.

**Date and Attorney Signature**. Date and sign the civil cover sheet.