1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|                                          |   |                              |
|------------------------------------------|---|------------------------------|
|                       Plaintiff,         | ) | CASE NO. _____      |
|   vs.                                    | ) | **APPLICATION TO PROCEED**   |
|                                          | ) | **IN FORMA PAUPERIS**        |
|                       Defendant.         | ) |                              |

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                          Yes ____  No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.   Business, Profession or                            Yes ____ No ____
8          self employment?
9      b.   Income from stocks, bonds,                         Yes ____ No ____
10         or royalties?
11     c.   Rent payments?                                     Yes ____ No ____
12     d.   Pensions, annuities, or                            Yes ____ No ____
13         life insurance payments?
14     e.   Federal or State welfare payments,                 Yes ____ No ____
15         Social Security or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.   Are you married?                                          Yes ____ No ____
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27     b.   List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?        Yes ____ No ____

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                  Yes ____ No ____

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.   Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $ _____

14 Do you own any cash?  Yes ____ No ____ Amount: $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)                                    Yes ____ No ____

17 _____

18 8.   What are your monthly expenses?

19 Rent:  $ _____ Utilities: _____

20 Food:  $ _____ Clothing: _____

21 Charge Accounts:

22 <u>Name of Account</u>         <u>Monthly Payment</u>         <u>Total Owed on This Account</u>

23 _____  $ _____  $ _____

24 _____  $ _____  $ _____

25 _____  $ _____  $ _____

26 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 _____

- 3 -

1
2   10.     Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ____  No ____
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   
7   
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11   _____            _____
12          DATE                             SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28