1  BETTY HERRERA (242189)
2  
3  SACKETT AND ASSOCIATES
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
6  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
7  
8  Attorney for Plaintiff

9  /as

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA D. BAYLIS, | ) Civil No. C08-03646-SC |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (45) days up through and including Tuesday, February 10, 2009 in which to e-file her Motion for Summary Judgment. This extension is necessitated by: (1) the number of other cases (4) Plaintiff's counsel currently has before this district court and other district courts that also require

1

STIPULATION AND ORDER

briefing around this time; and (2) counsel's absence from the Bay Area the latter portion of December until after January 1, 2009.

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Dated: December 15, 2008                    /s/
                                                THEOPHOUS H. REAGANS
                                                Special Assistant U.S. Attorney

Dated: December 15, 2008                    /s/
                                                BETTY HERRERA
                                                Attorney for Plaintiff
                                                LISA D. BAYLIS

IT IS SO ORDERED.

Dated:  12/17/08

                                                HON.
                                                United

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]